**John PARISH v. STATE of Texas**
(two cases).

**Nos. 26963, 26964.**

Court of Criminal Appeals of Texas.

May 19, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of misdemeanor swindling; the penalty assessed is a fine of $100.

This is a companion case to Parish v. State, Tex.Cr.App., 268 S.W.2d 149. Upon the authority of that case, the judgment herein is reversed and the cause remanded.